# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Corey Cleaveland | § | Case No. 15-28493 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/20/2015 . The undersigned trustee was appointed on 08/20/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $   366,000.00

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 21,153.90 |
| Bank service fees | 140.04 |
| Other payments to creditors | 311,167.51 |
| Non-estate funds paid to 3rd Parties | 7,678.59 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 10,859.96 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

      5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6. The deadline for filing non-governmental claims in this case was  12/14/2016  and the deadline for filing governmental claims was  12/14/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 20,307.72 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 8,000.00 , for a total compensation of $ 8,000.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 200.92 , for total expenses of $ 200.92 [2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/09/2017                    By: /s/Zane L. Zielinski, Trustee
                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-28493 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Corey Cleaveland | | | | Date Filed (f) or Converted (c): | 08/20/2015 (f) |
| | | | | | 341(a) Meeting Date: | 09/14/2015 |
| For Period Ending: | 08/09/2017 | | | | Claims Bar Date: | 12/14/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1209 Whitetail Lane Sandwich, IL | 117,451.50 | 0.00 | | 1,000.00 | FA |
| 2. 9150 Stonewall Dr Milbrook, Il | 350,000.00 | 0.00 | | 365,000.00 | FA |
| 3. Bmo Harris Checking Acct. | 12.00 | 0.00 | | 0.00 | FA |
| 4. Misc. Household Goods And Furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Pictures, Books, Collectibles | 200.00 | 0.00 | | 0.00 | FA |
| 6. Misc. Used Clothing | 250.00 | 0.00 | | 0.00 | FA |
| 7. Workers Compensation Claim Nicor Gas | Unknown | 0.00 | | 0.00 | FA |
| 8. 2010 Gmc Arcadia Mileage - 71,000 | 12,215.00 | 0.00 | | 0.00 | FA |
| 9. Computer, Printer | 300.00 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $481,428.50 | $0.00 | | $366,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is preparing tax returns.

RE PROP #   2  --  The Trustee sold the property in September 2016 to a third party with the cooperation of the co-owner of the real estate.

Initial Projected Date of Final Report (TFR): 03/31/2017     Current Projected Date of Final Report (TFR): 03/31/2017

Case 15-28493   Doc 74   Filed 08/10/17   Entered 08/10/17 08:12:17   Desc Main
Document      Page 4 of 13

Page: 1

Exhibit B

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-28493 | Trustee Name: | Zane L. Zielinski, Trustee |
| Case Name: | Corey Cleaveland | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX1031 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4155 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/09/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/14/16 | | First American Title Company<br>311 South County Farm Road, Suite f<br>Wheaton, IL 60187 | Sale Proceeds | | $10,000.00 | | $10,000.00 |
| | | | Gross Receipts             $365,000.00 | | | | |
| | | Chase Bank | First Mortgage Payment     ($308,658.26) | 4110-000 | | | |
| | | First American Title Company | Closing Costs              ($2,167.00) | 2500-002 | | | |
| | | Smith & Partners Realty Group | Broker's Fee               ($10,950.00) | 3510-000 | | | |
| | | Bob's Septic Tank Services | Mechanic Lien              ($450.00) | 4120-000 | | | |
| | | HD Pump Company | Mechanic Lien              ($275.00) | 4120-000 | | | |
| | | MillBrook Homeowner's Assocaition | Homeowner's Association    ($1,784.25) | 4110-000 | | | |
| | | Corey Cleaveland | Exemption                  ($15,000.00) | 8100-002 | | | |
| | | Debra Cleaveland | Co-owner's Share           ($7,678.59) | 8500-002 | | | |
| | | Debra Cleaveland | survey                     ($450.00) | 2500-000 | | | |
| | | Real Estate Tax/Transfer Tax | Taxes                      ($7,586.90) | 2820-000 | | | |
| | 2 | | 9150 Stonewall Dr Milbrook, Il   $365,000.00 | 1110-000 | | | |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $9,990.00 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.85 | $9,975.15 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.35 | $9,960.80 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*                              Page Subtotals:                          $10,000.00            $39.20

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: 15-28493 | Trustee Name: | Zane L. Zielinski, Trustee |
| Case Name: Corey Cleaveland | Bank Name: | Associated Bank |
| | Account Number/CD#: | XXXXXX1031 |
| | | Checking |
| Taxpayer ID No: XX-XXX4155 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 08/09/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.81 | $9,945.99 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.79 | $9,931.20 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.34 | $9,917.86 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.74 | $9,903.12 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.25 | $9,888.87 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.70 | $9,874.17 |
| 06/27/17 | 1 | Debra Rauscher | Sale of Assets Payment | 1110-000 | $1,000.00 | | $10,874.17 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.21 | $10,859.96 |

| | | |
|---|---|---|
| COLUMN TOTALS | $11,000.00 | $140.04 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $11,000.00 | $140.04 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $11,000.00 | $140.04 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*                    Page Subtotals:            $1,000.00        $100.84

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1031 - Checking | $11,000.00 | $140.04 | $10,859.96 |
|  | $11,000.00 | $140.04 | $10,859.96 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $355,000.00 |
|---|---|
| Total Net Deposits: | $11,000.00 |
| Total Gross Receipts: | $366,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-28493                                                                                                    Date: August 9, 2017
Debtor Name: Corey Cleaveland
Claims Bar Date: 12/14/2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| A10 99 8100 | Corey Cleaveland | Administrative | | $0.00 | $15,000.00 | $15,000.00 |
| A9 99 8500 | Debra Cleaveland | Administrative | Co-owner's funds. | $0.00 | $7,678.59 | $7,678.59 |
| A3 100 2100 | Zane L. Zielinski, Trustee 6336 N. Cicero Avenue Suite 201 Chicago, Illinois 60646 | Administrative | | $0.00 | $8,000.00 | $8,000.00 |
| A4 100 2200 | Zane L. Zielinski, Trustee 6336 N. Cicero Avenue Suite 201 Chicago, Illinois 60646 | Administrative | | $0.00 | $200.92 | $200.92 |
| A5 100 2420 | Debra Cleaveland | Administrative | Pursuant to the terms of the agreed order, this claim is not entitled to distribution unless the estate receives more than $11,000 (Docket 68). | $0.00 | $0.00 | $17,741.50 |
| A1 100 2500 | Debra Cleaveland | Administrative | This is the cost for Real Estate Survey as allowed in Sale Order entered 9/9/2016. | $0.00 | $450.00 | $450.00 |
| A6 100 2500 | First American Title Company | Administrative | | $0.00 | $2,167.00 | $2,167.00 |
| A7 100 3410 | Alan D. Lasko & Associates P.C. | Administrative | | $0.00 | $2,136.88 | $2,136.88 |
| A8 100 3420 | Alan D. Lasko & Associates P.C. | Administrative | | $0.00 | $17.60 | $17.60 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-28493  
Debtor Name: Corey Cleaveland  
Claims Bar Date: 12/14/2016  

Date: August 9, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| A2 100 3510 | Smith & Partners Realty Group | Administrative | | $0.00 | $10,950.00 | $10,950.00 |
| 1 280 5800 | Internal Revenue Service<br>2970 Market St.<br>Mail Stop 5-Q30.133<br>Philadelphia, Pa 19104-5016 | Priority | | $0.00 | $6,269.90 | $6,269.90 |
| 2 300 7100 | American Honda Finance Corporation<br>P.O. Box 168088<br>Irving, Tx 75016-8088<br>866-716-6441 | Unsecured | | $0.00 | $12,131.96 | $12,131.96 |
| 3 300 7100 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $0.00 | $3,801.70 | $3,801.70 |
| 4 300 7100 | American Infosource Lp As Agent For<br>T Mobile/T-Mobile Usa Inc<br>Po Box 248848<br>Oklahoma City, Ok 73124-8848 | Unsecured | | $0.00 | $342.92 | $342.92 |
| 5 300 7100 | Portfolio Recovery Associates, Llc Successor To Us Bank<br>Pob 41067<br>Norfolk, Va 23541 | Unsecured | | $1,123.00 | $1,123.27 | $1,123.27 |
| 6 300 7100 | Portfolio Recovery Associates, Llc Successor To Fia Card Services (Bank Of America)<br>Pob 41067<br>Norfolk, Va 23541 | Unsecured | | $3,540.00 | $3,540.35 | $3,540.35 |
| 7 300 7100 | Portfolio Recovery Associates, Llc Successor To Citibank, N.A. (The Home Depot)<br>Pob 41067<br>Norfolk, Va 23541 | Unsecured | | $545.00 | $824.63 | $824.63 |
| S3 400 4110 | Chase Bank | Secured | This reflects two payments of $306,562.55 and $2,095.71. | $0.00 | $308,658.26 | $308,658.26 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-28493  
Debtor Name: Corey Cleaveland  
Claims Bar Date: 12/14/2016  
Date: August 9, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| S4 400 4110 | MillBrook Homeowner's Assocaition | Secured | | $0.00 | $1,784.25 | $1,784.25 |
| | | | The represents payment of $1424.25 and $450 reflected on closing statements. | | | |
| S1 400 4120 | Bob's Septic Tank Services | Secured | | $0.00 | $450.00 | $450.00 |
| S2 400 4120 | HD Pump Company | Secured | | $0.00 | $275.00 | $275.00 |
| | Case Totals | | | $5,208.00 | $385,803.23 | $403,544.73 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 3                    Printed: August 9, 2017

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-28493
Case Name: Corey Cleaveland
Trustee Name: Zane L. Zielinski, Trustee

Balance on hand $ 10,859.96

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| S1 | Bob's Septic Tank Services | $ 450.00 | $ 450.00 | $ 450.00 | $ 0.00 |
| S2 | HD Pump Company | $ 275.00 | $ 275.00 | $ 275.00 | $ 0.00 |
| S3 | Chase Bank | $ 308,658.26 | $ 308,658.26 | $ 308,658.26 | $ 0.00 |
| S4 | MillBrook Homeowner's Assocaition | $ 1,784.25 | $ 1,784.25 | $ 1,784.25 | $ 0.00 |

Total to be paid to secured creditors  $ 0.00

Remaining Balance  $ 10,859.96

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Zane L. Zielinski, Trustee | $ 8,000.00 | $ 0.00 | $ 8,000.00 |
| Trustee Expenses: Zane L. Zielinski, Trustee | $ 200.92 | $ 0.00 | $ 200.92 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates P.C. | $ 2,136.88 | $ 0.00 | $ 2,136.88 |
| Accountant for Trustee Expenses: Alan D. Lasko & Associates P.C. | $ 17.60 | $ 0.00 | $ 17.60 |
| Other: Debra Cleaveland | $ 450.00 | $ 450.00 | $ 0.00 |
| Other: First American Title Company | $ 2,167.00 | $ 2,167.00 | $ 0.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: Smith & Partners Realty Group | $ 10,950.00 | $ 10,950.00 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 10,355.40 |
| Remaining Balance | | | $ 504.56 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 6,269.90 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Internal Revenue Service | $ 6,269.90 | $ 0.00 | $ 504.56 |
| | Total to be paid to priority creditors | | | $ 504.56 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 21,764.83 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | American Honda Finance Corporation | $ 12,131.96 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Capital One Bank (Usa), N.A. | $ 3,801.70 | $ 0.00 | $ 0.00 |
| 4 | American Infosource Lp As Agent For | $ 342.92 | $ 0.00 | $ 0.00 |
| 5 | Portfolio Recovery Associates, Llc | $ 1,123.27 | $ 0.00 | $ 0.00 |
| 6 | Portfolio Recovery Associates, Llc | $ 3,540.35 | $ 0.00 | $ 0.00 |
| 7 | Portfolio Recovery Associates, Llc | $ 824.63 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors   $ 0.00

Remaining Balance   $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE