# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **Corey Cleaveland,** | Bankruptcy No. 15-28493 |
| **Debtor**. | Honorable Pamela S. Hollis |

## TRUSTEE'S CERTIFICATE OF SERVICE FOR
## NOTICE OF TRUSTEE'S FINAL REPORT

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #77)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on August 10, 2017.

Dated: August 10, 2017

**Zane L. Zielinski,** not individually but as the chapter 7 trustee of the bankruptcy estate of **Corey Cleaveland,**

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF
     ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  trustee@zanezielinski.com

**Mailing Information for Case** 15-28493

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Elizabeth A. Bates**    ebates@springerbrown.com, jkrafcisin@springerbrown.com;iprice@springerbrown.com
- **Gilbert R. Dizon**    gdizon@dizonyoung.com, G2843@notify.cincompass.com
- **Ariane Holtschlag**    aholtschlag@wfactorlaw.com, bharlow@wfactorlaw.com;gsullivan@ecf.inforuptcy.com
- **Cari A Kauffman**    ckauffman@sormanfrankel.com, dfrankel@sormanfrankel.com
- **Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov
- **James A Young**    jyoung@jamesyounglaw.com, sarai@jamesyounglaw.com

**Manual Service List**

| **Internal Revenue Service**<br>2970 Market St.<br>Mail Stop 5-Q30.133<br>Philadelphia, Pa 19104-5016 | **American Honda Finance Corporation**<br>P.O. Box 168088<br>Irving, Tx 75016-8088<br>866-716-6441 |
|---|---|
| **Capital One Bank (Usa), N.A.**<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | **Corey Cleaveland**<br>9150 Stonewall Drive,<br>Millbrook, Illinois 60536 |
| **Debra Rauscher**<br>PO Box 49,<br>Big Rock IL 60511 | **Anthony R. Scifo**<br>2175 Point Blvd; Suite 150<br>Elgin, IL 60123 |