# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Corey Cleaveland | § | Case No. 15-28493 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 12,215.00                          Assets Exempt: 16,762.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  311,672.07        Claims Discharged
                                                     Without Payment:  467,756.78

Total Expenses of Administration:  31,649.34

---

3) Total gross receipts of $ 366,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 22,678.59 (see **Exhibit 2**), yielded net receipts of $ 343,321.41 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 374,298.00 | $ 311,167.51 | $ 311,167.51 | $ 311,167.51 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 31,649.34 | 31,649.34 | 31,649.34 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 6,269.90 | 6,269.90 | 504.56 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 71,136.61 | 21,764.83 | 21,764.83 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 445,434.61 | $ 370,851.58 | $ 370,851.58 | $ 343,321.41 |

    4)  This case was originally filed under chapter 7 on  08/20/2015 .  The case was pending for 26 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/02/2017              By:/s/Zane L. Zielinski, Trustee
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1209 Whitetail Lane Sandwich, IL | 1110-000 | 1,000.00 |
| 9150 Stonewall Dr Milbrook, Il | 1110-000 | 365,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 366,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Corey Cleaveland | Exemptions | 8100-002 | 15,000.00 |
| Debra Cleaveland | Non-Estate Funds Paid to Third Parties | 8500-002 | 7,678.59 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 22,678.59** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America Home Loans 150 N. College St. MC NC1-028-22-01 Charlotte, NC 28255-0001 | | 50,350.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America Home Loans Serv 150 N. College St. MC NC1 028 22 01 Charlotte, NC 28255 | | 171,650.00 | NA | NA | 0.00 |
| | Santander Consumer USA Bankruptcy Dept PO Box 961245 Fort Worth, TX 76161 | | 25,298.00 | NA | NA | 0.00 |
| | Unum Life Insurance c/o Smith Von Schleicher & Assoc. 180 N LaSalle Suite 3130 Chicago, IL 60601 | | 127,000.00 | NA | NA | 0.00 |
| | Chase Bank | 4110-000 | NA | 308,658.26 | 308,658.26 | 308,658.26 |
| | MillBrook Homeowner's Assocaition | 4110-000 | NA | 1,784.25 | 1,784.25 | 1,784.25 |
| | Bob's Septic Tank Services | 4120-000 | NA | 450.00 | 450.00 | 450.00 |
| | HD Pump Company | 4120-000 | NA | 275.00 | 275.00 | 275.00 |
| **TOTAL SECURED CLAIMS** | | | $ 374,298.00 | $ 311,167.51 | $ 311,167.51 | $ 311,167.51 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 8,000.00 | 8,000.00 | 8,000.00 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 200.92 | 200.92 | 200.92 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Debra Cleaveland | 2500-000 | NA | 450.00 | 450.00 | 450.00 |
| First American Title Company | 2500-002 | NA | 2,167.00 | 2,167.00 | 2,167.00 |
| Associated Bank | 2600-000 | NA | 140.04 | 140.04 | 140.04 |
| Real Estate Tax/Transfer Tax | 2820-000 | NA | 7,586.90 | 7,586.90 | 7,586.90 |
| Alan D. Lasko & Associates P.C. | 3410-000 | NA | 2,136.88 | 2,136.88 | 2,136.88 |
| Alan D. Lasko & Associates P.C. | 3420-000 | NA | 17.60 | 17.60 | 17.60 |
| Smith & Partners Realty Group | 3510-000 | NA | 10,950.00 | 10,950.00 | 10,950.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 31,649.34 | $ 31,649.34 | $ 31,649.34 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

Case 15-28493   Doc 81   Filed 10/19/17   Entered 10/19/17 15:40:46   Desc Main
Document      Page 6 of 14

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 5800-000 | NA | 6,269.90 | 6,269.90 | 504.56 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ NA | $ 6,269.90 | $ 6,269.90 | $ 504.56 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Honda Finance 2170 Point Blvd., Suite 100 Elgin, IL 60123-7885 | | 12,131.00 | NA | NA | 0.00 |
| | Bank of America 150 N. College St. NC1-028-22-01 Charlotte, NC 28255 | | 3,956.00 | NA | NA | 0.00 |
| | Bank of America 150 N. College St. NC1-028-22-01 Charlotte, NC 28255 | | 3,956.00 | NA | NA | 0.00 |
| | Barclays Bank Delaware 125 S. West St. Wilmington, DE 19801 | | 3,601.00 | NA | NA | 0.00 |
| | Barclays Bank Delaware 125 S. West St. Wilmington, DE 19801 | | 3,601.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Bank, USA, N.A. Attn: Bankruptcy Dept. P.O. Box 30285 Salt Lake City, UT 84130-0285 | | 3,801.00 | NA | NA | 0.00 |
| | Chase Bank Attn: Bankruptcy Dept. P.O. Box 15298 Wilmington, DE 19850 | | 2,728.00 | NA | NA | 0.00 |
| | Chase Bank Attn: Bankruptcy Dept. P.O. Box 15298 Wilmington, DE 19850 | | 2,728.00 | NA | NA | 0.00 |
| | Elanco Financial Service P.O. Box 108 Saint Louis, MO 63166 | | 1,123.00 | NA | NA | 0.00 |
| | FI Card Services, N.A. c/o Portfolio Recovery 120 Corporate Blvd. Norfolk, VA 23502 | | 3,540.00 | NA | NA | 0.00 |
| | First Prwmier Bank 3820 N. Louise Ave. Sioux Falls, SD 57107 | | 435.00 | NA | NA | 0.00 |
| | First Prwmier Bank 3820 N. Louise Ave. Sioux Falls, SD 57107 | | 435.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Heartland Bank & Trust P.O. Box 67 Bloomington, IL 61702-0067 |  | 1,001.00 | NA | NA | 0.00 |
|  | Heartland Bank & Trust P.O. Box 67 Bloomington, IL 61702-0067 |  | 1,001.00 | NA | NA | 0.00 |
|  | Law Office of Anthony R. Scifo 127 S 1st Street Suite 209 Geneva, IL 60134 |  | 18,398.61 | NA | NA | 0.00 |
|  | Opportunity Financial 11 E. Adams Suite 501 Chicago, IL 60603 |  | 545.00 | NA | NA | 0.00 |
|  | U S Bank National Association c/o Portfolio Recovery 120 Corporate Blvd. Norfolk, VA 23502 |  | 1,474.00 | NA | NA | 0.00 |
|  | U S Bank National Association c/o Portfolio Recovery 120 Corporate Blvd. Norfolk, VA 23502 |  | 1,474.00 | NA | NA | 0.00 |
| 2 | American Honda Finance Corporation | 7100-000 | NA | 12,131.96 | 12,131.96 | 0.00 |
| 4 | American Infosource Lp As Agent For | 7100-000 | NA | 342.92 | 342.92 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Capital One Bank (Usa), N.A. | 7100-000 | NA | 3,801.70 | 3,801.70 | 0.00 |
| 5 | Portfolio Recovery Associates, Llc | 7100-000 | 1,123.00 | 1,123.27 | 1,123.27 | 0.00 |
| 6 | Portfolio Recovery Associates, Llc | 7100-000 | 3,540.00 | 3,540.35 | 3,540.35 | 0.00 |
| 7 | Portfolio Recovery Associates, Llc | 7100-000 | 545.00 | 824.63 | 824.63 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 71,136.61 | $ 21,764.83 | $ 21,764.83 | $ 0.00 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 15-28493 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Corey Cleaveland | | | | Date Filed (f) or Converted (c): | 08/20/2015 (f) |
| | | | | | 341(a) Meeting Date: | 09/14/2015 |
| For Period Ending: | 10/03/2017 | | | | Claims Bar Date: | 12/14/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1209 Whitetail Lane Sandwich, IL | 117,451.50 | 0.00 | | 1,000.00 | FA |
| 2. 9150 Stonewall Dr Milbrook, Il | 350,000.00 | 0.00 | | 365,000.00 | FA |
| 3. Bmo Harris Checking Acct. | 12.00 | 0.00 | | 0.00 | FA |
| 4. Misc. Household Goods And Furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Pictures, Books, Collectibles | 200.00 | 0.00 | | 0.00 | FA |
| 6. Misc. Used Clothing | 250.00 | 0.00 | | 0.00 | FA |
| 7. Workers Compensation Claim Nicor Gas | Unknown | 0.00 | | 0.00 | FA |
| 8. 2010 Gmc Arcadia Mileage - 71,000 | 12,215.00 | 0.00 | | 0.00 | FA |
| 9. Computer, Printer | 300.00 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $481,428.50          $0.00          $366,000.00          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is preparing tax returns.


RE PROP #     2   --   The Trustee sold the property in September 2016 to a third party with the cooperation of the co-owner of the real estate.

Initial Projected Date of Final Report (TFR): 03/31/2017          Current Projected Date of Final Report (TFR): 03/31/2017

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-28493 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Corey Cleaveland | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1031 |
| | Checking |
| Taxpayer ID No: XX-XXX4155 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/03/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/14/16 | | First American Title Company<br>311 South County Farm Road, Suite f<br>Wheaton, IL 60187 | Sale Proceeds | | | $10,000.00 | | $10,000.00 |
| | | | Gross Receipts | $365,000.00 | | | | |
| | | Chase Bank | First Mortgage Payment | ($308,658.26) | 4110-000 | | | |
| | | First American Title Company | Closing Costs | ($2,167.00) | 2500-002 | | | |
| | | Smith & Partners Realty Group | Broker's Fee | ($10,950.00) | 3510-000 | | | |
| | | Bob's Septic Tank Services | Mechanic Lien | ($450.00) | 4120-000 | | | |
| | | HD Pump Company | Mechanic Lien | ($275.00) | 4120-000 | | | |
| | | MillBrook Homeowner's Assocaition | Homeowner's Association | ($1,784.25) | 4110-000 | | | |
| | | Corey Cleaveland | Exemption | ($15,000.00) | 8100-002 | | | |
| | | Debra Cleaveland | Co-owner's Share | ($7,678.59) | 8500-002 | | | |
| | | Debra Cleaveland | survey | ($450.00) | 2500-000 | | | |
| | | Real Estate Tax/Transfer Tax | Taxes | ($7,586.90) | 2820-000 | | | |
| | 2 | | 9150 Stonewall Dr Milbrook, Il | $365,000.00 | 1110-000 | | | |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $9,990.00 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $14.85 | $9,975.15 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $14.35 | $9,960.80 |

Page Subtotals: $10,000.00 $39.20

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-28493 | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|
| Case Name: | Corey Cleaveland | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX1031 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4155 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/03/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.81 | $9,945.99 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.79 | $9,931.20 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.34 | $9,917.86 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.74 | $9,903.12 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.25 | $9,888.87 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.70 | $9,874.17 |
| 06/27/17 | 1 | Debra Rauscher | Sale of Assets Payment | 1110-000 | $1,000.00 | | $10,874.17 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.21 | $10,859.96 |
| 09/01/17 | 5001 | Trustee Zane L. Zielinski 6336 N. Cicero Avenue Suite 201 Chicago, Illinois 60646 | Distribution | | | $8,200.92 | $2,659.04 |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($8,000.00) | 2100-000 | | | |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($200.92) | 2200-000 | | | |
| 09/01/17 | 5002 | Alan D. Lasko & Associates P.C. | Distribution | | | $2,154.48 | $504.56 |
| | | Alan D. Lasko & Associates P.C. | Final distribution representing a payment of 100.00 % per court order. ($2,136.88) | 3410-000 | | | |
| | | | Page Subtotals: | | $1,000.00 | $10,456.24 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-28493 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Corey Cleaveland | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1031 |
| | Checking |
| Taxpayer ID No: XX-XXX4155 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/03/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Alan D. Lasko & Associates P.C. | Final distribution representing a payment of 100.00 % per court order. | ($17.60) 3420-000 | | | |
| 09/01/17 | 5003 | Internal Revenue Service<br>2970 Market St.<br>Mail Stop 5-Q30.133<br>Philadelphia, Pa 19104-5016 | Final distribution to claim 1 representing a payment of 8.05 % per court order. | 5800-000 | | $504.56 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $11,000.00 | $11,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $11,000.00 | $11,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $11,000.00 | $11,000.00 |

Page Subtotals: $0.00    $504.56

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1031 - Checking | $11,000.00 | $11,000.00 | $0.00 |
|  | $11,000.00 | $11,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $355,000.00 |
|---|---|
| **Total Net Deposits:** | $11,000.00 |
| **Total Gross Receipts:** | $366,000.00 |